**Entered on Docket**
**June 24, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed June 23, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Felix O. Guillory,

             Debtor.

No. 16-41314

Chapter 13

**MEMORANDUM**

On June 15, 2016, the Chapter 13 Trustee filed the *Motion to Dismiss or Convert Chapter 13 Case for Failure to Make Plan Payments* (doc. 16) (the "Motion") in the above-captioned case. On June 21, 2016, Debtor filed the *Response to Trustee's Motion to Dismiss Chapter 13 Case* (doc. 20) (the "Response"). The Response made the following two requests: (1) an extension of time to submit the unpaid plan payment that was the cause of the Motion and (2) that a hearing on the Motion be set. On June 22, 2016, the Chapter 13 Trustee addressed Debtor's second request and filed the *Notice of Hearing* (doc. 21), which set a hearing for **Thursday, July 14, 2016 at 1:30 p.m.** in courtroom 220 of the above-captioned bankruptcy court. The Court will address Debtor's other request (for an extension of time to make the unpaid plan payment) at the hearing on July 14, 2016.

**\*END OF MEMORANDUM\***

1

# COURT SERVICE LIST

**Felix Oliver Guillory**
4909 Stacy Street
Oakland, CA 94605